THE COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of ANNA WOZNA, v. FRANK MELLENCHECK.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of the Application of SAMUEL SILVER for Admission to the Bar.— Referred to the committee on character and fitness. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of the Application of BENJAMIN HORWITZ for Admission to the Bar.— Referred to the committee on character and fitness. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. PATRICK J. McCARTHY and Others. Motion granted and the time of the defendants to bring on appeal for argument enlarged until October 2, 1928, upon condition that appellants procure the record on appeal and appellants' points to be served and filed on or before August 1, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

LEWIS A. GRAYDON v. NATIONAL SURETY COMPANY.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

ROBERT J. TOD v. ERNEST L. SIMPSON and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

ARMAND VECSEY v. THE RUDOLPH WURLITZER COMPANY, Impleaded, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM MURPHY.— Motion granted and the time of appellant to bring appeal on for argument extended to October 2, 1928, upon condition that appellant procure record on appeal and appellant's points to be served and filed on or before August 1, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. EMANUEL ROSEN.— Motion granted and the time of appellant to bring appeal on for argument extended to October 2, 1928, upon condition that appellant procure the record on appeal and the appellant's points to be served and filed on or before August 1, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

RAY E. DICKINSON, Doing Business, etc., v. ISIDORE GROSSMAN and Another, Doing Business, etc.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

CONGREGATION AGUDATH ACHIM of HARLEM v. HARRY GOLDMAN and Another. — Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

AXEL BESKOW v. HULDA B. HALOW.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

LEO FOX v. THE UNION RAILWAY COMPANY OF NEW YORK CITY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.